[Cite as *State v. Johnson*, 2014-Ohio-1875.]

# IN THE COURT OF APPEALS

# ELEVENTH APPELLATE DISTRICT

# GEAUGA COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | : | **MEMORANDUM OPINION** |
| Plaintiff-Appellee, | : | |
| - vs - | : | **CASE NO. 2014-G-3200** |
| CINSEREE JOHNSON, | : | |
| Defendant-Appellant. | : | |

Criminal Appeal from the Geauga County Court of Common Pleas, Case No. 12 C 000142.

Judgment: Appeal dismissed.

*James R. Flaiz,* Geauga County Prosecutor, and *Nicholas A. Burling,* Assistant Prosecuting Attorney, Courthouse Annex, 231 Main Street, Suite 3A, Chardon, OH 44024 (For Plaintiff-Appellee).

*Cinseree Johnson, pro se,* 12450 Merritt Road, Chardon, OH 44024 (Defendant-Appellant).

THOMAS R. WRIGHT, J.

{¶1} A jury found appellant guilty of theft in violation of R.C. 2913.02(A)(1), a fifth degree felony. The trial court accepted the jury verdict and referred the matter for a presentence investigation. Appellant has not yet been sentenced.

{¶2} It is well established that a judgment of conviction is not a final appealable order until a sentence is rendered. *State v. Donkers*, 11th Dist. Portage Nos. 2003-P-

0101, 2003-P-0102, 2003-Ohio-549 at ¶4, citing *State v. Chamberlain*, 177 Ohio St. 104, 202 N.E.2d 695 (1964). Because the judgment entry appealed is not a final appealable order, this court currently lacks jurisdiction to grant relief. Therefore, the appeal is hereby dismissed. Appellant may appeal to this court once a sentence is imposed.

TIMOTHY P. CANNON, P.J.,

COLLEEN MARY O'TOOLE, J.,

concur.